# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0283

———————————————

MAXIE E. GALLEGOS,

    Appellant,

v.

TURNER FURNITURE COMPANY
OF LEON COUNTY, INC. d/b/a
TURNER BUDGET FURNITURE,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

March 19, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Maxie E. Gallegos, pro se, Appellant.

Eleanor Hadden Sills of Banker Lopez Gassler P.A., Tallahassee, for Appellee.